IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11606-P

_____

HARRY FRANKLIN PHILLIPS,

                                                              Petitioner-Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

                                                              Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

Harry Franklin Phillips is a Florida death row prisoner who seeks a certificate of appealability ("COA") to appeal the district court's denial of his motion for leave to amend his 28 U.S.C. § 2254 habeas corpus petition. Appellee's motion to accept its response as timely filed is GRANTED. The motion for a COA is DENIED because Phillips has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

                                                                          /s/ Charles R. Wilson
                                                          UNITED STATES CIRCUIT JUDGE